**DISMISS and Opinion Filed September 19, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00540-CV

### SIAVOSH JAHANI, Appellant
### V.
### BAHATTIN KILLIC AND KILLIC RESTAURANT GROUP, LLC, Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-15158

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they no longer wish to pursue the appeal. Accordingly, we **GRANT** the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/David Evans/
DAVID EVANS
JUSTICE

130540F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SIAVOSH JAHANI, Appellant

No. 05-13-00540-CV        V.

BAHATTIN KILLIC AND KILLIC
RESTAURANT GROUP, INC., Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 10-15158.
Opinion delivered by Justice Evans.
Justices O'Neill and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 19th day of September, 2013.

/David Evans/
DAVID EVANS
JUSTICE

1300540.R.docx        –2–